1236

No. 90–7886.  SHOWS v. NCNB NATIONAL BANK OF NORTH CAROLINA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–7889.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–7890.  CROSS v. GRIFFIN ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–7892.  WILSON v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 90–7893.  PERRY v. MICHIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7895.  BAY v. LOUISIANA.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 90–7897.  MARTENY v. MURRAY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–7907.  COSNER v. BEATTY, JUDGE, CIRCUIT COURT OF HENRY COUNTY.  Sup. Ct. Ill.  Certiorari denied.

No. 90–7917.  WESSON v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 90–7919.  VERNON v. HATFIELD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7921.  MILLER v. TOOMBS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7925.  RODEN v. HOWELL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–7926.  BOYD v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 90–7946.  MCCABE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–7947.  MERCADO v. BLOCK ET AL.  C. A. 9th Cir.  Certiorari denied.